IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:14CR206 |
| vs. | |
| JORDAN A. GREGORY, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for copies (Filing No. 145), including the Sentencing Transcripts, Docket Sheet, Judgment and Commitment papers and Sentencing Memorandum (Statement of Reasons) in this case.  The defendant requests a waiver of fees associated with the costs of the copies.  The Court sentenced the defendant on the Indictment in this case on March 30, 2015 (Filing Nos. 126 and 128).

No transcripts of the Sentencing held on March 30, 2015 have been prepared by the Court, therefore no copies are currently available for purchase. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies.  Accordingly, the Court will deny the motion.  The defendant is, of course, free to request copies of these filings and to pay the costs of the same.  The defendant may not obtain a copy of the Statement of Reasons without a Court Order, as the document is sealed.

**THEREFORE, IT IS ORDERED** that the defendant's Motion for Copies and to waive such costs [145] is denied.

Dated this 14th day of July, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge